AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

*— Fee Due*

# UNITED STATES DISTRICT COURT

*— 1   Related DDJ*

for the

**Christopher H. Lister**
_____
Petitioner

v.

**Sandra Gatt**
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JUN - 7 2021**

CENTRAL DISTRICT OF CALIFORNIA
BY     DVE        DEPUTY

)
)
)
)
)
)
)
)
)
)

Case No. **5:21-cv-00957-VBF (GJS)**
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Christopher Henry Lister, Sr.**
   (b) Other names you have used: **None**

2. Place of confinement:
   (a) Name of institution: **Santa Ana Jail**
   (b) Address: **62 Civic Center Plaza**
       **Santa Ana, CA, 92702**
   (c) Your identification number: **B.O.P. Reg. # 25598-112 ; SAJ booking # 21000011 07**

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **United States District Court**
       **Central District of California, Riverside**
   (b) Docket number of criminal case: **EDCR 10-00058-VAP**
   (c) Date of sentencing: **04/15/2013**
   ☐ Being held on an immigration charge
   ☐ Other *(explain):*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain):*  Harsh Housing Conditions
Failure to award First Step Act credit
Denial of Due Process rights

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*

(d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes         ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes   ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes   ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b)  If you answered "No," explain why you did not file a third appeal:

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                 ☒ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                 ☐ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)      Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                 ☒ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence:

Issue of housing conditions did not occur
until March, 2020, which is well beyond the
one year restriction of a § 2255. This is also
true for issues 2 and 3 because programing credit
toward early release per the First Step Act, and
the denial of Due Process by the B.O.P. respectively,
also occurred outside of § 2255's one year restriction.

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No     N/A

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No     N/A

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☒ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

GROUND ONE: _Harsh housing conditions that warrants a reduction in sentence_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_Please see attached_

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** _Failure to adjust release date based on First Step Act credit_

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_Please see attached_

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

**GROUND THREE:** _Violation of Due Process rights_

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_Please see attached_

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

**Request for Relief**

15.  State exactly what you want the court to do:  Commute sentence to time served, order immediate release and commence term of supervised release.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_June 01, 2021_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  _06/01/21_

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

## Ground 1

The sentence that I'm currently serving is much harsher than the one originally contemplated at the time of sentencing. Because of the current level of harshness, defendants committing similar offences to mine, in this time of COVID-19, are receiving vastly lower sentencing recommendations for the very fact that custody is currently harsher. This has created an unwarranted disparity against me. See United States v. Armstrong, No. 18-CR-5108-BAS-1, 2020 WL 4366015, at *4 (S.D. Cal. July 30, 2020). Furthermore, many courts recognize that prison sentences have two dimensions: length and harshness, which is why it is held that as conditions get harsher, sentences should get shorter. See United States v. Spano, 476 F.3d476, 479 (7th Cir. 2007).

I was at Taft Correctional institution, a prison camp, when the COVID-19 pandemic began. This private prison camp closed, for unrelated reasons, and as a result, I was transferred to Mendota F.C.I. This is a medium security facility. In March, 2020, many others as well as I, were in 24/7 lockdown in Mendota. We were not allowed to take showers or use the phone or email. All of us "campers" endured this for many months. Myself, approx. 3 months, and others about a year. After 3 months I was sent to the SHU (Special Housing Unit) for another quarantine before being furloughed to home confinement because of the pandemic. The SHU is normally used for punishment or over-night only preparation for medical procedures the next day.

The SHU is designed for punishment. Commissary selection is limited to hygiene only. I was there for the purpose of quarantine, not for punishment. Yet, I had to suffer these punishment conditions, also with no phone access because one had to be there for about three weeks to get an access code. I was one of the lucky ones as I was only at Mendota for 3 months. Looking at United States v MacFarlane, 438 F.Supp. 3d 125, 127 (D. Mass., 2020), that court equated 2 weeks confinement in solitary quarantine in a higher security facility as the equivalent of five months in the camp to which he was originally assigned. In my case, my 12 weeks in Mendota should count for 30 months in a camp.

## Ground 2

My record of programming while incarcerated is extensive. The BOP had determined that I was a low risk as far as being a danger to society. These two aspects qualifies me to receive the full benefits afforded by the 2018 First Step Act. Because of the pending closure of Taft Correctional Institution, programming credit was never tabulated and awarded. Once done, my release date should change from August 2025 to March 2022. This is significant in itself, but coupled with harsh time credit, I should be able to receive a judgement of time served and proceed immediately to supervise release.

## Ground 3

I was remanded back to custody by the BOP with no regard for my Due Process rights as guaranteed by the U.S. Constitution. I was furloughed to home confinement under the CARES Act. On

June 30, 2020 from Mendota F.C.I. Twice a month I had to submit to random urine drug screens and I never had a positive test result. On April 04, 2021, my random urine tested positive for alcohol metabolites and my breath analyzer was negative. The specimen was sent to the laboratory for quantification and the results were very high. I was told that I could submit evidence on my behalf as an explanation of the results. At the halfway house CDC meeting I was told that they were recommending that I either be remanded, lose good time, or have my movements restricted. They refused to discuss the evidence I submitted. When I asked what my final sanction was I was told that t was entirely up to the B.O.P and that I could discuss the evidence I submitted with them.

On April 29, 2021, I reported to the halfway house on my way to work for a routine schedule face-to-face with my case manager. At that meeting I was told I was being remanded and to report no later than 0600 hours the next day.  Asked about the required DHO hearing and the substance of the evidence I submitted. I was told that none of that mattered. I was also told that unbeknownst to me, they had just recently changed their test kits, which I later learned through my research that the assay used to detect ethanol metabolites is known to be hyper-sensitive. Upon my surrender, I was transported to Santa Ana Jail.

Upon my arrival to Santa Ana Jail, I was placed into solitary quarantine confinement where I spent my first 17 day. I had received my first Moderna vaccine a week before and when I notified the medical unit at the jail of this, I was told that they do not provide the second dose. Just recently, however, they had a sign-up sheet for those that would like the Johnson and Johnson one-time vaccine. I signed up and I'm currently waiting for it.

After my first 17 days in quarantine, I was released into the jails inmate general population. Although nowhere to the degree of Mendota F.C.I., the conditions here are also harsh. The staggered cell release times results in a daily lockdown that ranges anywhere from 18 to 22 hours per day. Furthermore, COVID-19 related issues also affects personnel which results in haphazard reductions and/or cancellations of scheduled cell releases. Although the country is finally covering real, substantial ground in our recovery, lingering affects still permeate through our penal system. My abrupt remand forced me to abandon without notice a full-time job as well as to default on numerous financial commitments that I've made. I assert that the evidence I submitted provides more than reasonable doubt, but it seems that the B.O.P. system is designed to only deal with the guilty and its rules and methods are "intended" to make you fail.

6/1/21

Dear Court Clerk,

Can you please send me acknowledgment of your receipt and the filing of this motion for my records. My current mailing address is :

Santa Ana Jail m-88
Christopher H. Lister, Sr. BK# 210001107
P.O. Box 22003
Santa Ana, CA. 92702

Thank you for your time and effort

Christopher Henry Lister, Sr.

P.S. - This was prepared before the day that
this facility gave out the Johnson & Johnson
Covid vaccine. Since I had the
Moderna 1st vaccine, I'm not allowed
to get the Johnson & Johnson because of
cross reactivity. In other words, my
incarceration is preventing me from getting
the CDC recommended 2nd dose Moderna vaccine

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ⟋⟍Ɛ                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Christopher H. Lister

PLAINTIFF/PETITIONER,

v.

Sandra Gatt

DEFENDANT(S).

**CASE NUMBER**

5:21-CV-00957-VBF (GJS)

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, Christopher Henry Lister, Sr., declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes ☒No

   b. Rent payments, interest or dividends?    ☐Yes ☒No

   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No

   d. Gifts or inheritances?    ☐Yes ☒No

   e. Any other income (other than listed above)?    ☒Yes ☐No

   f. Loans?    ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Warehouse (general labor) - received ~ 4,000 over last 3 months

3.  Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☒Yes   ☐No

    If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
    _~ 98 XX in prism account_

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes   ☒No

    If the answer is yes, describe the property and state its approximate value: _____

5.  In what year did you last file an Income Tax return?  _2020_
    Approximately how much income did your last tax return reflect?  _~ 9,000 XX_

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
    _None_

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections 1621, 3571).

_California_
State

_Santa Ana_
County (or City)

I, _Christopher Henry Lister, Sr._, declare under penalty of perjury that the foregoing is true and correct.

_06/01/21_
Date

_[signature]_
Plaintiff/Petitioner (Signature)



Santa Ana Jail m-88
Christopher Henry Lister, Sr.
BK# 210000110 7
P.O. Box 22003
Santa Ana, CA. 92702

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

Civ INT

Santa Ana Jail
Inmate Correspondence

Ronald Reagan Federal Building
United States District Court
Atten.: Court Clerk
411 W. 4th ST.
Santa Ana, CA. 92701

**LEGAL MAIL**

Legal Mail

