JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. LISTER, | ) Case No. 5:21-cv-00957-VBF (GJS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SANDRA GATT, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: September 22, 2021      /s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE